IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATINA MONIQUE TATE, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-CV-0895-B (BH) |
| | § | |
| DALLAS INDEPENDENT SCHOOL | § | |
| DISTRICT, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Rafael Fontalvo, Maria Sandra Rodriguez, and Carma Hoskins's Motion to Dismiss Plaintiff Latina M. Tate's Original Complaint and Brief in Support*, filed May 18, 2021 (doc. 9), and *Defendants Dallas Independent School District's Motion to Dismiss Plaintiff Latina M. Tate's Original Complaint and Brief in Support*, filed May 18, 2021 (doc. 10), are **GRANTED in part** and **DENIED in part.** By separate judgment, all claims against Rafael Fontalvo, Maria Sandra Rodriguez, and Carma Hoskins will be **DISMISSED with prejudice** under Fed. R. Civ. P. 12(b)(6). All employment discrimination under Title VII claims and the Fair Credit Reporting Act claims under 15 U.S.C. § 1681c(a)(2) and (5) against DISD are **DISMISSED with prejudice** under Fed. R. Civ. P. 12(b)(6). The plaintiff is **GRANTED** an extension of 30 days

from the date of this order to effect proper service on DISD of her remaining FCRA claims against it under 15 U.S.C. §§ 1681b(b)(2), 1681b(b)(3), and 1681m(a).

**SIGNED** this 28th day of January, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE